TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00572-CR

Jane Elizabeth Pickens, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 45,371, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to withdraw this appeal. No decision of this Court
has been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P.
59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: December 13, 1995

Do Not Publish